**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 634 EAL 2014
:
               Respondent    :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v.               :
:
:
:
EARL GRAMBY,             :
:
               Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.